No. 99 – Circuit Court for Baltimore City
Case Nos. 115141036 & 11514032

Argued: March 3, 2016

IN THE COURT OF APPEALS

OF MARYLAND

No. 99

September Term, 2015

———————————————————

ALICIA WHITE

v.

STATE OF MARYLAND

———————————————————

CAESAR GOODSON

v.

STATE OF MARYLAND

———————————————————

Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Watts
Hotten,

JJ.

———————————————————

PER CURIAM ORDER

———————————————————

Filed: March 8, 2016

| ALICIA WHITE & CAESAR GOODSON | * | IN THE |
| | * | |
| Appellants | * | COURT OF APPEALS |
| | * | |
| | * | OF MARYLAND |
| v. | * | |
| | * | |
| STATE OF MARYLAND | * | No. 99 |
| | * | September Term, 2015 |
| Appellee | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 8th day of March, 2016,

ORDERED, by the Court of Appeals of Maryland, that the judgments of the Circuit Court for Baltimore City set forth in the orders dated January 6, 2016 and January 7, 2016 issued pursuant to Md. Code Ann., Cts. & Jud. Proc. § 9-123, are affirmed; and it is further

ORDERED that the above-captioned cases, Alicia White v. State of Maryland and Caesar Goodson v. State of Maryland, are remanded to the Circuit Court for Baltimore City for trial; and it is further

ORDERED that the stay issued by this Court be, and it is hereby, lifted, and it is further

ORDERED that costs in this Court be paid by the Appellant, William Porter.

_/s/ Mary Ellen Barbera_____
Chief Judge